B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Heather Hardy | **DEFENDANTS** <br> George Jerry Mboya |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> PRO SE <br> 13821 Haskins St, O.P. KS 66221 <br> 913-787-2033 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor  ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Pursuant to 11 U.S. Code 523(a)(2) Exceptions to discharge under false pretenses, a false representation, or actual fraud, the Plaintiff objects to the dischargeability of debt listed in the bankruptcy case (Reference #17-20889) filed by defendant, George Jerry Mboya.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

# United States Bankruptcy Court

Robert J. Dole U.S. Courthouse, District of Kansas

| | | |
|---|---|---|
| In re | George Jerry Mboya, <br> Debtor | Case No. <br> 17-20889 |
| | Heather Hardy, <br> Plaintiff | Chapter |
| | George Jerry Mboya, <br> Defendant | Adv. Proc. No. <br> 17- |

## COMPLAINT

COMES NOW, the Plaintiff, Heather Hardy, pro-se, filing this Adversary Proceeding with the Court, with regards to the debt owed by the Defendant, George Jerry Mboya. Pursuant to 11 U.S. Code § 523(a)(2) - Exceptions to discharge under false pretenses, a false representation, or actual fraud, the Plaintiff objects to the dischargeability of debt listed in the Bankruptcy case (Reference #: 17-20889) filed by the Defendant, George Jerry Mboya.

For cause, the Plaintiff will show that:

1) The Defendant, George Jerry Mboya, proceeded to file bankruptcy (Reference #: 17-20889).

2) The debt owed by the Defendant, George Jerry Mboya, is not dischargeable in accordance with 11 U.S. Code § 523 - clause 2(a), Exceptions to discharge of debt
   - (2) for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by—
     - (a) false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition;

3) Objective evidence is available for review supporting the fraudulent nature of the Defendant's request for money.

ADDITIONAL INFORMATION:

1) The amount stated in the Bankruptcy case for judgment against Defendant is $180,000.

WHEREFORE, Plaintiff requests:

1) Review of objective evidence supporting the fraudulent nature of the transactions when the Defendant obtained the money;

2) Judgment against Defendant for the amount of $180,000 (One Hundred and eighty thousand, dollars cents);

3) Costs of suit;

4) Additional interest on debt from October 22, 2015 till all debt is repaid; and

5) Such other and further relief as the court deems just and proper.

VERIFICATION

I, Heather Hardy being duly sworn, do depose and say that the facts alleged in the within Complaint are true to the extent matters are not alleged on information and belief.

Signed under the pains and penalties of perjury, this \_\_\_14th\_\_\_ day of August, 2017.

*Heather Hardy*
Heather Hardy
Pro-se
13821 Haskins Street, Overland Park KS 66221
Email: mrs_hhardy@yahoo.com
Tel: (913) 787 2033

## CERTIFICATE OF SERVICE

A copy of this document was served upon the Debtor/Defendant, George Jerry Mboya at the following address:

1717 N Ridgeview Road,             Tel:     (913) 940 9012
Apt 207,
Olathe, KS 66061

by Certified Mail, postage prepaid, this __14__ day of August, 2017

*Heather Hardy*